Dawn McCraw, AZ No. 035321
CONSUMER JUSTICE LAW FIRM PLC
8095 N. 85th Way,
Scottsdale, AZ 85258
E: dmccraw@consumerjustice.com
T: 602-807-1527
F: 480-613-7733

David A. Chami, AZ No. 027585
CONSUMER JUSTICE LAW FIRM PLC
8095 N. 85th Way,
Scottsdale, AZ 85258
E: dchami@consumerjustice.com
T: (480) 626-2359
F: (480) 613-7733

*Attorneys for Plaintiff*
*Abdikadir Hassan*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| Abdikadir Hassan,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Safety Holdings, Inc. d/b/a SambaSafety,<br><br>　　　　　　Defendants. | Case No.: 2:25-cv-01312-DLR<br><br>**SUMMONS RETURNED EXECUTED** |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Abdikadir Hassan has served upon Defendant Safety Holdings, Inc. copies of the following documents:

1) Issued Summons;

2) Complaint;

3) Civil Cover Sheet;

1

4) Notice, Consent and Order of Reference - Exercise of Jurisdiction by a United States Magistrate Judge [Dkt. 3];

5) ORDER that motions pursuant to Fed. R. Civ. P. 12(b) are discouraged if the defect can be cured by filing an amended pleading [Dkt. 5]; and

6) Notice of Appearance [Dkt. 6].

Attached hereto is a copy of the Proof of Service.

Respectfully submitted this 24th day of April 2025.

       **CONSUMER JUSTICE LAW FIRM PLC**

       */s/ Dawn McCraw*
       Dawn McCraw, AZ No. 035321
       8095 N. 85th Way,
       Scottsdale, AZ 85258
       E: dmccraw@consumerjustice.com
       T: 602-807-1527
       F: 480-613-7733

       David A. Chami, AZ No. 027585
       CONSUMER JUSTICE LAW FIRM PLC
       8095 N. 85th Way,
       Scottsdale, AZ 85258
       E: dchami@consumerjustice.com
       T: (480) 626-2359
       F: (480) 613-7733

       *Attorneys for Plaintiff,*
       *Abdikadir Hassan*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Abdikadir Hassan | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) | Civil Action No. CV-25-01312-PHX-DLR |
| Safety Holdings, Inc. d/b/a SambaSafety | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Safety Holdings, Inc. d/b/a SambaSafety
c/o CT Corporation System
3800 N Central Ave Suite 160,
Phoenix, AZ 85012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Dawn McCraw
Consumer Justice Law Firm PLC
8095 N 85th Way
Scottsdale, AZ 85258
E: dmccraw@consumerjustice.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: _____       _____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON  1:53 pm, Apr 21, 2025**
**s/ Debra D. Lucas, Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

Civil Action No. 2:25-cv-01312-DLR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Safety Holdings, Inc. d/b/a SambaSafety

c/o CT Corporation System was received by me on *(date)* April 23, 2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Everett Bethea, clerk, who is designated by law to accept service of process on behalf of *(name of organization)* Safety Holdings, Inc. d/b/a SambaSafety c/o CT Corporation System on *(date)* April 24, 2025 @ 9:06 am ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ 20.00 for travel and $ 40.00 for services, for a total of $ 60.00 .

I declare under penalty of perjury that this information is true.

Date: April 24, 2025

*Signature*

Bruce Comer #MC-7307
*Printed name and title*

Kiwi Process Service
530 E. McDowell Rd, #107-423
Phoenix, Arizona 85006
*Server's address*

Additional information regarding service/attempted service, etc:
Documents: Issued Summons; Complaint; Civil Cover Sheet; Notice, Consent and Order of Reference - Exercise of Jurisdiction by a United States Magistrate Judge; ORDER that motions pursuant to Fed. R. Civ. P. 12(b) are discouraged if the defect can be cured by filing an amended pleading; Notice of Appearance